IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:10-cv-00351

JOHN C. LAYNE,

    Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Middle District of Florida, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **JOHN C. LAYNE**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I certify that on April 29th, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Taylor Pensoneau, Superior Asset Management, Inc., P.O. Box 468089, Atlanta, GA 31146, by depositing the same on April 29, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com